IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC KENYON,  )
 )   2:09-cv-01493-GEB-GGH
            Plaintiff,  )
 )   ORDER CONTINUING
     v.  )   STATUS (PRETRIAL
 )   SCHEDULING) CONFERENCE
Professional Control,  )
 )
            Defendant.  )
_____)

       Plaintiff states in his Status Report filed September 16, 2009 he "anticipates filing a Request for Entry of Default, [and a] Motion for Entry of Default Judgment . . . ."  Plaintiff filed a Request for Entry of Default on September 29, 2009 and the Clerk of Court filed an Entry of Default on October 2, 2009.  Since Plaintiff did not provide a specified date for filing the referenced motion for default judgment ("motion"), he shall file the motion before the Magistrate Judge no later than 4:00 p.m. on November 2, 2009.

       If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than 4:00 p.m. on November 2, 2009 why this action should not be dismissed for failure of prosecution.

Therefore, the status conference scheduled for October 19, 2009, is continued to commence at 9:00 a.m. on November 16, 2009.  A Status Report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is only required to explain the status of the default judgment.

Dated:  October 8, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge