IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC KENYON,

      Plaintiff,                              CIV. NO. S-09-1493 GEB GGH

    vs.

PROFESSIONAL CREDIT CONTROL,

      Defendant.                            ORDER

_____/

        Plaintiff's motion for default judgment presently is calendared for hearing on December 17, 2009. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. December 17, 2009 hearing on the motion for default judgment, filed October 19, 2009, is vacated; and

        2. The motion is submitted on the record.

DATED: December 10, 2009

                                        /s/ Gregory G. Hollows
                                        _____
                                        U. S. MAGISTRATE JUDGE

GGH:076:Kenyon1493.def.wpd