UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA 95814

**Eric Kenyon**

**DEFAULT JUDGMENT**

v.

Case No. CIV S-09-1493 GEB GGH

**Professional Credit Control**

_____

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED in the amount of $5,215 against defendant:

**Professional Credit Control**

March 23, 2010

VICTORIA C. MINOR, CLERK

By: _____/s/_____
Kyle Owen , Deputy Clerk